UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-61927-CIV-MORENO

TOMMY LEE FOREST,

    Petitioner,

vs.

JAMES MCDONOUGH,

    Respondent.
_____/

**ORDER DENYING CERTIFICATE OF APPEALABILITY AND
ORDER DENYING REQUEST TO PROCEED IN FORMA PAUPERIS**

THIS CAUSE came before the Court upon Petitioner's Motion for Certificate of Appealability, and Petitioner's Motion to Proceed *in forma pauperis* **(D.E. No. 10, 13)**, filed on **February 8, 2008** and **March 4, 2008** respectively.

Appellant's motion for a certificate of appealability is DENIED because appellant has failed to make a substantial showing of the denial of a constitutional right.  28 U.S.C. § 2253(c)(2). Appellant's motion to proceed *in forma pauperis* is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 10th day of April, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Clerk's Office Appeals Section (Appeal # 08-10715-D)

Counsel of Record